**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6015**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LAFAYETTE MCKOY, a/k/a L.A.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:99-cr-00526-WMN-8; 1:06-cv-01036-WMN)

———————

Submitted: June 21, 2007                    Decided: June 27, 2007

———————

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lafayette McKoy, Appellant Pro Se. Martin Joseph Clarke, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lafayette McKoy appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. McKoy</u>, No. 1:99-cr-00526-WMN-8; 1:06-cv-01036-WMN (D. Md. Aug. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>